SKF USA INC. AND SKF (U.K.) LTD., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., AND FEDERAL-MOGUL CORP., DEFENDANT- INTERVENORS

Court No. 92–07–00515

(Dated July 5, 1995)

### ORDER AFFIRMING REMAND RESULTS

TSOUCALAS, *Judge:* This Court, having remanded this case to the Department of Commerce, International Trade Administration ("Commerce"), on January 31, 1995 (Slip Op. 95–11), to apply the U.S. inland insurance rate to inventory value instead of the unit price, and Commerce having done so as reported in its remand results dated April 25, 1995, it is hereby

ORDERED that the remand results in this case are affirmed; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

SKF USA INC. AND SKF FRANCE, S.A., PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., AND FEDERAL-MOGUL CORP., DEFENDANT-INTERVENORS

Court No. 92–07–00516

(Dated July 5, 1995)

### ORDER AFFIRMING REMAND RESULTS

TSOUCALAS, *Judge:* This Court, having remanded this case to the Department of Commerce, International Trade Administration ("Commerce"), on February 8, 1995 (Slip Op. 95–16), to (1) apply the U.S. inland insurance rate to inventory value instead of the unit price, and (2) recalculate certain home market indirect selling expenses, and Commerce having done so as reported in its remand results dated April 25, 1995, it is hereby

ORDERED that the remand results in this case are affirmed; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.